```
          IN THE UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF ARKANSAS
                     WESTERN DIVISION
```

EMMA WILSON

v.                              NO. 4:08CV00347 SWW

UNITED PARCEL SERVICE, INC.

### ORDER

The Court has been advised that this matter has been settled and the parties agree that the case should be dismissed with prejudice,

IT IS THEREFORE ORDERED that the above-styled case shall be dismissed with prejudice.

DATED this 14th day of May 2009.

/s/Susan Webber Wright
United States District Judge